[No. 1983.]
DAVENPORT ET AL. v. THE SEDALIA SMELTING CO. ET AL.

OPINION FOLLOWED.
This case is reversed on the opinion in the case of *The Colorado Fuel &*
*Iron Co. v. The Sedalia Smelting Co. et al., ante,* p. 474.

*Error to the District Court of Chaffee County.*

Mr. C. W. FRANKLIN, for plaintiffs in error.

Mr. N. M. CAMPBELL, for defendants in error.

BISSELL, P. J.

This action was brought by Davenport & Company against
the Sedalia Smelting Company and Robert Preston, to re-
cover for goods sold and delivered, wherein also they sought
to enforce Preston's liability as a stockholder of the smelting
company for his unpaid subscription. The case was tried
upon an agreed statement of facts precisely like that abstracted
and substantially stated in the preceding opinion of the Col-
orado Fuel & Iron Company against the same parties. The
case stands later on the docket than the first case, but the par-
ties have filed a stipulation that this appeal shall stand or fall
by the determination of the antecedent controversy, and that
the opinion filed in that case shall stand as the opinion in
this. Under these circumstances, having concluded the stock-
holder presents no defense by his plea and his proof, we must
in this as in the other, reverse the judgment and send the
case back for further proceedings in conformity with the
opinion.

*Reversed.*